**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LISA SAWYERS,

        Plaintiff,                           Case No.: 3:15-cv-01234-HES-JBT

vs.

BLUESTEM BRANDS, INC.,

        Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

      Plaintiff, LISA SAWYERS, by and through undersigned counsel, hereby gives notice of pending settlement of the instant matter. The parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of same, the parties will file the appropriate dismissal documents with the Court.

      Respectfully submitted this 4th day of December 2015.


By: /s/ *Christopher Legg*
Christopher W. Legg, Esq.
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on December 4, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/ or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                                                     By: /s/ *Christopher Legg*
                                                        Christopher W. Legg, Esq.
                                                        FL Bar No.: 44460
                                                        3837 Hollywood Blvd., Ste. B
                                                        Hollywood, FL 33021
                                                        ChrisLeggLaw@gmail.com
                                                        P: 954-962-2333